# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

PAUL WOLF,                          :

      Petitioner          :

                              **CIVIL ACTION NO. 3:18-0318**

   v.                               :

                                **(Judge Mannion)**

COUNTY OF ADAMS, <u>et al</u>.,      :

      Respondents        :

---

PAUL B. WOLF,                       :

      Petitioner          :

                              **CIVIL ACTION NO. 3:18-0319**

   v.                               :

                                **(Judge Mannion)**

COUNTY OF YORK, <u>et al</u>.,      :

      Respondents        :

## <u>ORDER</u>

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motions to proceed *in forma pauperis* (Doc. 2) are **GRANTED** only for purposes of filing the petitions.

2. The petitions for writ of habeas corpus, (Doc. 1) are **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

3. The Clerk of Court shall **CLOSE** the above captioned cases.

4.    There is no probable cause to issue a certificate of
       appealability.[1]


                              s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**



**Dated: April 30, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0318-01-order.wpd

---

[1]Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.